IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BETTER EDUCATION, INC. § | |
| § | |
| Plaintiff, § | |
| vs. § | |
| § | |
| TURNING TECHNOLOGIES, LLC § | Civil Action No. 2:10-cv-412 |
| RENAISSANCE LEARNING, INC. § | |
| WIRELESS ESYSTEMS, INC., § | |
| and LEARNSTAR, INC. § | |
| § | **JURY DEMAND** |
| Defendants. § | |

**PLAINTIFF BETTER EDUCATION, INC.'S STATEMENT OF
NON-OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**

Defendant, Renaissance Learning, Inc. filed their Motion to Transfer on March 4, 2011 (Docket Entry No. 20) in the above referenced matter.

NOTICE IS HEREBY GIVEN that Plaintiff, Better Education, Inc. does not oppose the Motion to Transfer proposed by Defendant Renaissance Learning, Inc.

Dated:  March 21, 2011         /s/ Edward W. Goldstein

                                          Edward W. Goldstein
                                          Texas Bar No. 08099500
                                          Corby R. Vowell
                                          Texas Bar No. 24031621
                                          Califf T. Cooper
                                          Texas Bar No. 24055345
                                          GOLDSTEIN & VOWELL, L.L.P.
                                          1177 West Loop South, Suite 400
                                          Houston, Texas  77027
                                          (713) 877-1515 – Telephone
                                          (713) 877-1145 – Facsimile
                                          egoldstein@gviplaw.com
                                          cvowell@gviplaw.com
                                          ccooper@gviplaw.com

        Melissa R. Smith, Esq.
        **Gillam & Smith, LLP**
        303 South Washington Avenue
        Marshall, TX 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        Email: melissa@gillamsmithlaw.com

        ***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who is deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

        /s/ Edward W. Goldstein